AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**HAROLD R. FREEMAN,**

      vs.                                Case Number:   **01-CV-3160**

**DANIEL BOSSE, et al.,**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to an Order entered on September 22, 2004 by the Honorable Harold A. Baker, the defendants' motion for summary judgment is granted (d/e 73).  Judgment is entered in favor of the defendants and against the plaintiff.  All pending motions are denied as moot, and this case is terminated, with the parties to bear their own costs.------------------------------------------------------------

ENTER this 23rd day of September, 2004

s/John M. Waters

JOHN M. WATERS, CLERK

s/M. Stewart

BY:  DEPUTY CLERK